# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-14 ATT ASSIGNEE OF BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOAN SERVICING, LP, | : No. 113 MM 2017 |
| Respondent | |
| v. | |
| GLORIA S. YUN, | |
| Petitioner | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 21st day of September, 2017, the Motion for Reconsideration to File *Nunc Pro Tunc* and the Application for Leave to File Addendum are DENIED.